No. 2450.—W. J. JURGIELEWIEZ v. LAURA JURGIELEWIEZ.

A judgment of divorce *a vinculo matrimonii* rendered on a rule taken by one of the parties on a judgment of separation from bed and board, is absolutely null and void if the opposing party has not been cited nor has appeared to defend the suit.

APPEAL from the Fifth District Court, parish of Orleans. *Leaumont*, J. *Fellows & Mills*, for plaintiff and appellee. *Cotton & Levy*, for defendant and appellant.

LUDELING, C. J.    The plaintiff having obtained a judgment of separation from bed and board on the twenty-eighth of June, 1867, took a rule on the defendant on the eighteenth of March, 1868, to show cause why a decree of divorce *a vinculo matrimonii* should not be rendered, and on the twenty-third day of March, 1868, a final judgment was rendered on the rule in favor of the plaintiff, notwithstanding defendant had made no appearance. From this judgment the defendant has appealed.

We think the judgment is a nullity because the defendant was not legally cited and she did not appear to defend the suit.    18 An. 455, Gernon *v.* Hickey; 10 An. 156, Leachaud *v.* Wife.

It is therefore ordered that the judgment of the district court be annulled and that the plaintiff pay the costs of suit.

Rehearing refused.

---

No. 2420.—EMILE ERLANGER v. BERNARD AVEGNO.

All judgments for money should be expressed in dollars and cents. A judgment given by the court *a qua*, for a certain amount in francs, is therefore erroneous, and will be amended on appeal so as to express the amount in dollars and cents.

APPEAL from the Fourth District Court, parish of Orleans. *Théard*, J.    *T. B. Hart*, for plaintiff and appellee.    *Hays & New*, for defendant and appellant.

HOWE, J.    The plaintiff obtained judgment against the defendant for 11,580 58-100 *francs*, and defendant appealed.

The only point made by appellant is that the judgment is erroneous, in being rendered for francs instead of for an equivalent amount of dollars and cents.

We think the judgment should be amended in this respect.    R. S. 1870, § 4; Marshall *v.* Grand Gulf Railroad, 5 An. 360; Gallearo *v.* Pierre, 18 An. 10.

It is therefore ordered that the judgment appealed from be amended, as to the expression of its amount, by substituting for the number of francs therein stated the sum of two thousand one hundred and fifty-three dollars and ninety-nine cents, and that as thus amended the said judgment be affirmed; appellee to pay costs of appeal.